IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CECILIA NAVARRE, AMOL HARDIKAR and TIA WILLIAMS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| | § | |
| Plaintiffs, | § § | |
| | § | |
| v. | § § | CIVIL ACTION NO. 4:11-CV-02081 |
| | § | |
| MODIS, INC., ADECCO SOLUTIONS, INC. and WEST PUBLISHING CORPORATION, | § § § § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Cecilia Navarre, Amol Hardikar, Tia Williams and Defendant West Publishing

Corporation hereby give notice to the Court that they have reached a settlement in this matter.

The parties are working on the form and content of a settlement agreement and will file

appropriate dismissal papers as soon as practicable.

KENNEDY HODGES, LLP

By: /s/ Galvin B. Kennedy  w/ permission
    Galvin B. Kennedy
     Federal Bar No. 20791
     State Bar No. 00796870
     Ricardo J. Prieto
     Federal Bar No. 1001658
     State Bar No. 24062947
     711 W. Alabama St.
     Houston, Texas 77006
     (713) 523-0001  – Telephone
     (713)  523-1116 – Facsimile

    ATTORNEY-IN-CHARGE FOR PLAINTIFFS

SEYFARTH SHAW LLP

By: /s/ Timothy M. Watson
    Timothy M. Watson
    Federal Bar No. 12953
    State Bar No. 20963575
    700 Louisiana Street, Suite 3700
    Houston, Texas 77002
    (713) 225-2300 – Telephone
    ( 713) 225-2340 – Facsimile

    ATTORNEY-IN-CHARGE FOR DEFENDANT
    WEST PUBLISHING CORPORATION

14198777v.1

2

OF COUNSEL:

Diana Tabacopoulos (admitted *pro had vice*)
Esteban Shardonofsky
Federal Bar No. 615928
Texas Bar No. 24051323
Rachel M. Hoffer
Federal Bar No. 1006076
Texas Bar No. 24065432
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
(713) 225-2300 – Telephone
(713) 225-2340 – Facsimile

ATTORNEYS FOR DEFENDANT
WEST PUBLISHING CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record, as listed below, via ECF, on this the 14th day of February 2012.

Kelley Edwards
LITTLER MENDELSON, P.C.
1301 McKinney Street,
Suite 1900
Houston, TX  77010

Galvin B. Kennedy
Ricardo J. Prieto
KENNEDY HODGES, LLP
711 W. Alabama St.
Houston, TX 77006

s/ Esteban Shardonofsky
Esteban Shardonofsky

14198777v.1